*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided January 7, 2009

### STATE OF CONNECTICUT *v.* PATRICK S. WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 389 (AC 29018), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Robin S. Schwartz,* assistant state's attorney, in opposition.

Decided January 7, 2009

### STATE OF CONNECTICUT *v.* JOSE ARCIA

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 374 (AC 28433), is denied.

*Kirstin B. Coffin,* special public defender, in support of the petition.

Decided January 14, 2009

### STATE OF CONNECTICUT *v.* WILLIAM TORRES

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 575 (AC 28876), is denied.

*Laljeebhai R. Patel,* special public defender, in support of the petition.